697 A.2d 540

FRANK CAMPIONE v. LINDA J. SODEN AND MARCIA
SACKNOWITZ AND ERIC M. JENSEN AND
HANDEX OF NEW JERSEY.

June 10, 1997.

## CORRECTED ORDER

A cross-petition for certification of the judgment having been submitted to this Court, and the Court having considered the same and having denied the cross-petition in an Order filed February 7, 1996;

And the Court having determined, *sua sponte*, that its Order of February 7, 1996, should be reconsidered;

It is ORDERED that the Order denying plaintiff's cross-petition for certification is vacated and the *cross-petition for certification* is granted.

697 A.2d 540

STATE OF NEW JERSEY v. FRANK VIERA.

June 30, 1997.

## ORDER

Motion for reconsideration is granted.